Form B6
(6/90)

**United States Bankruptcy Court**
**District of District of Columbia**

FILED
MAR - 1 2004
Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

In re **David W. Silverstone**

Case No. 04-0325
Chapter 7

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2,100.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | NO | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 75,891.20 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 512.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,205.00 |
| Total Number of sheets in ALL Schedules | | 13 | | | |
| | | Total Assets | $ 2,100.00 | | |
| | | | Total Liabilities | $ 75,891.20 | |

FORM B6A
(6/90)

In re: **David W. Silverstone**                                                                  Case No. _____
              Debtor                                                                                                         (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | Total ➤ | | 0.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **David W. Silverstone**                                                                                      Case No. _____
         Debtor                                                                                                                       (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account: Chase Bank** | | **20.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Landlord security deposit: DBT Development** | | **925.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **sofa, coffee table, end table, television, VCR, bed, dresser, kitchen table with chairs, linens, radio, microwave, dishes, glasses, pots, pans, silverware, desk, stereo, computer, printer** | | **500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, compact discs, videos** | | **465.00** |
| 6. Wearing apparel. | | **10 shirts, 5 pants, 2 suits, 10 ties, 2 pairs of shorts, 3 pairs of jeans, 3 coats, 2 pairs of shoes, pair of boots, 2 pairs of athletic shoes** | | **100.00** |
| 7. Furs and jewelry. | | **watch** | | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **camera** | | **20.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

FORM B6B
(10/89)

In re **David W. Silverstone**        Case No. _____
                  Debtor                                                       (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Anticipated Tax Refund (IRS and State)** | | 150.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

FORM B6B
(10/89)

In re  **David W. Silverstone**                                                              Case No. _____
           Debtor                                                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| __2__ continuation sheets attached | | | Total | $ 2,250.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re  David W. Silverstone                                                    , Case No. _____
                          Debtor.                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☑ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 10 shirts, 5 pants, 2 suits, 10 ties, 2 pairs of shorts, 3 pairs of jeans, 3 coats, 2 pairs of shoes, pair of boots, 2 pairs of athletic shoes | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| Anticipated Tax Refund (IRS and State) | 11 USC § 522(d)(5) | 150.00 | 150.00 |
| Books, pictures, compact discs, videos | 11 USC § 522(d)(5) | 465.00 | 465.00 |
| camera | 11 USC § 522(d)(5) | 20.00 | 20.00 |
| Cash on hand | 11 USC § 522(d)(5) | 20.00 | 20.00 |
| Checking account: Chase Bank | 11 USC § 522(d)(5) | 20.00 | 20.00 |
| Landlord security deposit: DBT Development | 11 USC § 522(d)(5) | 925.00 | 925.00 |
| sofa, coffee table, end table, television, VCR, bed, dresser, kitchen table with chairs, linens, radio, microwave, dishes, glasses, pots, pans, silverware, desk, stereo, computer, printer | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| watch | 11 USC § 522(d)(5) | 50.00 | 50.00 |

FORM B6D
(6/90)

In re: **David W. Silverstone** _____  Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE | | | | | |

0 Continuation sheets attached

Subtotal (Total of this page)  $0.00
Total (Use only on last page)  $0.00

(Report total also on Summary of Schedules)

B6E
(Rev.4/98)

In re:   **David W. Silverstone**                                                                                     Case No. _____
                                    Debtor                                                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>   Continuation sheets attached

FORM B6E - Cont.
(10/89)

In re:  **David W. Silverstone**                                          Case No. _____
             Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Total of this page) ➤ **$0.00**

Total (Use only on last page of the completed Schedule E.) ➤ **$0.00**

(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) - (9/97)

In re: **David W. Silverstone** _____    Case No. _____
          Debtor                                                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3715-2313-668-5007<br>American Express<br>PO Box 360002<br>Ft. Lauderdale, FL 33336 | | | Consumr Debt | | | | 12,585.52 |
| ACCOUNT NO. 5398-8292-0059-5925<br>AT&T Universal Card<br>8787 Baypine Road<br>Jacksonville, FL 32256-8528 | | | Consumer Debt | | | | 4,665.98 |
| ACCOUNT NO. 7671-1310-1158-3750<br>Chase<br>PO Box 29735<br>New York, NY 10087 | | | Consumer Debt | | | | 511.67 |
| ACCOUNT NO. 5424-1804-1889-5881<br>Citi Card<br>PO Box 8111<br>S. Hackensack, NJ 07606-8111 | | | Consumer Debt | | | | 24,577.13 |
| ACCOUNT NO. 675150912000103<br>Fifth Third Bank Self Education Funding Cap Trust<br>c/o Great Lakes Collection<br>P.O. Box 3059<br>Milwaukee, WI 53201-3059 | | | Consumer Debt - Student Loan | | | | 21,574.78 |

<u>1</u>   Continuation sheets attached

Subtotal     **$63,915.08**

Total

FORM B6F - Cont.
(10/89)

In re: **David W. Silverstone**          Case No. _____
          Debtor                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 675150912000102 <br> Key Education Resources <br> c/o Great Lakes Collection <br> P.O. Box 3059 <br> Milwaukee, WI 53201-3059 | | | Consumer Debt - Student Loan | | | | 11,976.12 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **$11,976.12**

Total (Use only on last page of the completed Schedule F.)     **$75,891.20**

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **David W. Silverstone**                                                      Case No. _____
                            Debtor                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DBT Development | month to month lease agreement |

B6H
(6 90)

In re: **David W. Silverstone**                                                      .    Case No. _____
      Debtor                                                                                                                (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re  **David W. Silverstone**                                                          Case No.

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:<br>Spouse's Age: | NAMES<br>**None** | AGE | RELATIONSHIP |
| EMPLOYMENT: | DEBTOR | SPOUSE | |
| Occupation | **Doorman/Lighting Tech** | | |
| Name of Employer | **Cobalt DC/30 Degrees** | | |
| How long employed | **6 months** | | |
| Address of Employer | **1637 R Street, NW**<br>**Washington, DC** | | |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 359.67 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 359.67 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 47.67 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 47.67 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 312.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| Social security or other government assistance (Specify) | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income (Specify) **Part time job (started 1/12)** | $ 200.00 | $ |
| TOTAL MONTHLY INCOME | $ 512.00 | $ |

TOTAL COMBINED MONTHLY INCOME        $ 512.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**Number of hours worked varies. The above is an average of 5 weeks.**

Form B6J
(6/90)

In re **David W. Silverstone**, Case No. _____
Debtor                                                                                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 925.00 |
| Are real estate taxes included?  Yes ____  No ✓ | |
| Is property insurance included?  Yes ____  No ✓ | |
| Utilities  Electricity and heating fuel | $ 75.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 40.00 |
| Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 150.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 50.00 |
| Medical and dental expenses | $ 15.00 |
| Transportation (not including car payments) | $ 70.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 300.00 |
| Auto | $ 0.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) ____ | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other **Student Loans** | $ 275.00 |
| Alimony, maintenance or support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other **Internet service** | $ 25.00 |
| **Personal hygiene (haircuts, etc.)** | $ 80.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 2,205.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income $ ____
B. Total projected monthly expenses $ ____
C. Excess income (A minus B) $ ____
D. Total amount to be paid into plan each ____ $ ____
                                          (interval)

In re: **David W. Silverstone**  Case No.
XXX-XX-3293

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **14** sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 2-25-04

Signature David W. Silverstone

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.